UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SPINAL IMAGING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 09-11873-LTS |
| AETNA HEALTH MANAGEMENT LLC, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

August 21, 2014

SOROKIN, D.J.

In accordance with the Memorandum and Order on the Parties' Cross-Motions for Summary Judgment, Doc. No. 153, and the Court's Findings of Fact and Conclusions of Law entered on this date, Doc. No. 203, judgment is hereby ENTERED in favor of the defendants, Aetna Health Management LLC and Aetna Life Insurance Company, and against the plaintiff, Spinal Imaging, Inc., with respect to all claims in the plaintiff's Complaint. The defendants' counterclaims, on their own oral motion and without objection, were and hereby are DISMISSED.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge